**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Case No. 3:23-cr-112

SCOTT CLENDENIN,

District Judge Michael J. Newman

Defendant.

---

**ORDER: (1) SETTING THE SHOW CAUSE HEARING FOR DECEMBER 14, 2026 AT 10:00 A.M.; (2) GRANTING THE GOVERNMENT'S MOTION FOR A BOND REVOCATION HEARING (Doc. No. 49); AND (3) SETTING THE BOND REVOCATION HEARING FOR NOVEMBER 9, 2026 AT 10:00 A.M.**

---

This felony criminal case is one of two companion cases brought against a husband and wife for conspiracy to commit money laundering. Defendant Carol Clendenin filed a motion to continue the show cause hearing, which the Court granted. Accordingly, the show cause hearing is hereby **SET** for **December 14, 2026 at 10:00 A.M.**

Also before the Court is the Government's motion for a bond revocation hearing. Doc. No. 49. For good cause shown, the Court **GRANTS** the Government's motion. The bond revocation hearing is hereby **SET** for **November 9, 2026 at 10:00 A.M.** The Court anticipates deciding the bond/detention issue at that time.

**IT IS SO ORDERED.**

November 6, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge